USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN NANAVATI,

        Plaintiff,

-against-

THE NEW SCHOOL FOR SOCIAL RESEARCH,

        Defendant.

20 Civ. 935 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 18, 2020, Defendant filed a pre-motion letter setting forth its basis for a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 8. Plaintiff failed to respond within five business days, as required by Rule III.A.ii of the Court's Individual Practices in Civil Cases. Accordingly, by **March 4, 2020**, Plaintiff shall respond to Defendant's pre-motion letter.

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge