USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/3/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN NANAVATI,

                Plaintiff,

-against-

THE NEW SCHOOL FOR SOCIAL RESEARCH,

                Defendant.

20 Civ. 935 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 8 and 10, it is hereby ORDERED that:

1. By **April 1, 2020**, Defendant shall file its motion to dismiss;
2. By **April 22, 2020**, Plaintiff shall file his opposition; and
3. By **May 6, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: March 3, 2020
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge